IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| SAMMY L. WASHINGTON, #446849 | § | |
| VS. | § | CIVIL ACTION NO. 6:09cv531 |
| AMY JONES, ET AL. | § | |

<u>ORDER DENYING PLAINTIFF'S MOTION FOR A
TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION</u>

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the Plaintiff's motion for a protective order, which the Court construes as a motion for a temporary restraining order and/or permanent injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, should be denied. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her recommendation for the denial of such motion, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the motion for temporary restraining order and/or permanent injunction (docket entry #16) is **DENIED**.

So ORDERED and SIGNED this 6th day of April, 2010.



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**